JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 09-0034-CJC(ANx)            Date: January 26, 2010

Title: ROBIN Y. COLLINS V. AURORA LOAN SERVICES, LLC ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

     The Court having received no opposition or response to the Court's Order to Show Cause issued January 9, 2010, hereby dismisses this action in its entirety.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk NB